# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROY NELSON FRANKLIN<br>　　　　　　Defendant. | Case No.: 1:22-cr-00140-JEB-1<br><br>**SUGGESTION OF DEATH** |

COMES NOW, counsel for the defendant, Joseph R. Conte, to provide notice to the court that the defendant passed away on October 15, 2023, and provide, as Exhibit One. the Certificate of Death.

Dated: October 25, 2023

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Joseph R. Conte, Bar #366827
　　　　　　　　　　　　　　　　　　　　Counsel for Roy Nelson Franklin
　　　　　　　　　　　　　　　　　　　　Law Office of J.R. Conte
　　　　　　　　　　　　　　　　　　　　8251 NW 15th Ct.
　　　　　　　　　　　　　　　　　　　　Coral Springs, FL  33071
　　　　　　　　　　　　　　　　　　　　Phone:　　202.236.1147
　　　　　　　　　　　　　　　　　　　　E-mail:　　dcgunlaw@gmail.com