# EXHIBIT ONE

## CERTIFICATION OF DEATH RECORD

**SPRINGFIELD CITY CLERK**
**SPRINGFIELD, ILLINOIS**
**MEDICAL CERTIFICATE OF DEATH**

STATE FILE NUMBER   2023 0085422

DATE ISSUED   10/20/2023

| DECEDENT'S LEGAL NAME | | SEX | DATE OF DEATH |
|---|---|---|---|
| ROY NELSON FRANKLIN | | MALE | OCTOBER 15, 2023 |

| COUNTY OF DEATH | AGE AT LAST BIRTHDAY | DATE OF BIRTH |
|---|---|---|
| SANGAMON | 67 YEARS | NOVEMBER 30, 1955 |

| CITY OR TOWN | HOSPITAL OR OTHER INSTITUTION NAME |
|---|---|
| SPRINGFIELD | MEMORIAL MEDICAL CENTER |

PLACE OF DEATH
INPATIENT

| BIRTHPLACE | SOCIAL SECURITY NUMBER | STATUS AT TIME OF DEATH | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? NO |
|---|---|---|---|---|
| SPRINGFIELD, IL | 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 | DIVORCED FROM MARRIAGE | | |

| RESIDENCE | APT. NO. | CITY OR TOWN | INSIDE CITY LIMITS? |
|---|---|---|---|
| 423 SOUTH DURKIN DRIVE | | SPRINGFIELD | YES |

| COUNTY | STATE | ZIP CODE | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION |
|---|---|---|---|---|
| SANGAMON | IL | 62704 | VANCE LEE FRANKLIN | ESTHER MICHAEL |

| INFORMANT'S NAME | RELATIONSHIP | MAILING ADDRESS |
|---|---|---|
| JO ELLYN HYGH | SIGNIFICANT OTHER | 423 SOUTH DURKIN DRIVE, SPRINGFIELD, IL, 62704 |

| METHOD OF DISPOSITION | PLACE OF DISPOSITION | LOCATION - CITY OR TOWN AND STATE | DATE OF DISPOSITION |
|---|---|---|---|
| CREMATION | SPRINGFIELD CREMATORY | SPRINGFIELD, IL | OCTOBER 20, 2023 |

FUNERAL HOME
ELLINGER-KUNZ & PARK FUNERAL HOME, 530 NORTH 5TH STREET, SPRINGFIELD, IL, 62702

| FUNERAL DIRECTOR'S NAME | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER |
|---|---|
| RYAN SCOTT LEE | 034017176 |

| LOCAL REGISTRAR'S NAME | DATE FILED WITH LOCAL REGISTRAR |
|---|---|
| FRANK J LESKO | OCTOBER 20, 2023 |

| CAUSE OF DEATH | PART I. | LUNG CANCER | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) | a. | | | |
| | b. | Due to (or as a consequence of) | | |
| | c. | Due to (or as a consequence of): | | |
| | | Due to (or as a consequence of) | | |

| PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I. | WAS AN AUTOPSY PERFORMED? NO |
|---|---|
| | WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? N/A |

| FEMALE PREGNANCY STATUS | MANNER OF DEATH |
|---|---|
| NOT APPLICABLE | NATURAL |

| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |
|---|---|---|---|
| | | | |

LOCATION OF INJURY

| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY. |
|---|---|
| | |

| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED | TIME OF DEATH |
|---|---|---|---|---|
| YES | OCTOBER 12, 2023 | YES | | 07 02 AM |

| CERTIFIER | DATE CERTIFIED |
|---|---|
| PHYSICIAN | OCTOBER 19, 2023 |

| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | PHYSICIAN'S LICENSE NUMBER |
|---|---|
| FAWWAD ZAIDI, MD, 315 WEST CARPENTER STREET, SPRINGFIELD, ILLINOIS, 62702 | 036128533 |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Frank J. Lesko*
Frank J. Lesko
City Clerk

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE